## Pratt Appeal.

190

Argued October 24, 1945. Before BALDRIGE, P. J., RHODES, RENO, DITHRICH, ROSS and ARNOLD, JJ. (HIRT, J., Absent).

*Joseph Blank,* for appellant.

*Alex Satinsky,* with him *Michael Edelman,* for appellee.

PER CURIAM, November 19, 1945:

The decree of the Orphans' Court of Philadelphia County, dismissing the claim of George H. Pratt, a real estate broker, appellant herein, for one-half of the commissions payable in the sale of real estate is affirmed on the opinion of Judge LADNER. Appellant to pay the costs.